# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shaun Shuford**                                                     Case No.  **19-15551**
                              Debtor(s)                                       Chapter   **13**

## ORDER

And Now, this ____ day of _____, 20___, upon consideration and review of Debtor's

Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is

hereby ORDERED and DECREED that the filing deadline for said documents is extended until

_____, 20____.

                                                                    _____
                                                                                          J.