# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shaun Shuford**                                                                      Case No.  **19-15551**
                               Debtor(s)                                                      Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 20, 2019**, a copy of **Motion to Extend Time to File Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage LLC via first class mail**
**U.S. Trustee via electronic notice**
**Trustee Miller via electronic notice**

                                                                         **/s/ Tova Weiss**
                                                                         **Tova Weiss**
                                                                         **Blitshtein & Weiss**
                                                                         **648 2nd Street Pike**
                                                                         **Southampton, PA 18966**
                                                                         **215-364-4900Fax:215-364-8050**
                                                                         **weiss@lawyersbw.com**