## United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Shaun Shuford** | Case No. | **19-15551** |
| Debtor(s) | Chapter | **13** |

SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN

Debtor, Shaun Shuford, files this Second Motion for Extension of Time for the filing of Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan and in support thereof states as follows:

1. On September 6, 2019, Debtor filed for Bankruptcy Protection, Chapter 13. His house was on the Sheriff's Sale list in Philadelphia County scheduled for September 10, 2019.
2. Debtor is still gathering all of the required financial information such as paystubs, bank account statement(s), tax returns and reviewing and/or completing information necessary for the Schedules.
3. Debtor is anticipated to come in for review of the Petition within two(2) weeks at which point the remainder of the Petition will be filed.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant this Second Motion for Extension of Time in accordance with the attached Proposed Order.

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date: 10/10/2019