**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     SHAUN SHUFORD,          :     Chapter 13
                                    :
           Debtor                   :     Bky. No. 19-15551 ELF

# O R D E R   T O   S H O W   C A U S E

**AND NOW,** the Debtor's having filed a Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs in this chapter 13 bankruptcy case;

**AND**, the court having entered an Order ("the Extension Order") **GRANTING** the Motion **CONDITIONED** on the following: the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before December 9, 2019**;

**AND**, further, the court having ordered the Debtor to serve a copy of the Extension Order on all creditors and parties in interest **within three (3) business days of the docketing and service of the notice of the meeting of creditors** ("the §341 Notice") and *__to promptly thereafter file a Certification of Service__*;

**AND**, the §341 Notice having been served on creditors on **October 24, 2019**;

**AND**, the Debtor having failed to file a Certification of Service as required by the Extension Order. it therefore being unknown whether Debtor served the Extension Order on all creditors and parties in interest,;

It is therefore **ORDERED** that a hearing is **SCHEDULED** on **November 19, 2019**, at **1:00 p.m.**, **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** , at which time the Debtor may **SHOW CAUSE** why this case should not be **DISMISSED** for cause pursuant to 11 U.S.C. §1307(c).

Date: November 4, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**