# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Shaun Shuford**　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. **19-15551**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

　　　I hereby certify that on **November 4, 2019**, a copy of the Extension Order signed by Judge Frank on October 15, 2019 was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage LLC via first class mail**
P.O. Box 619096
Dallas, TX 75261 (address on POC)

**Direct TV, LLC via first class mail**
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118 (address on POC)

**Bank of America via first class mail**
P.O Box 982284
El Paso, TX 79998 (address on POC)

**Commonwealth Fin via first class mail**
245 Main Street
Scranton, PA 18519

**Convergent via first class mail**
P.O. box 9004
Renton, WA 98057

**Credence RM via first class mail**
P.O. Box 2300
Southgate, MI 48195

**FCO via first class mail**
12304 Baltimore Avenue
Suite E
Beltsville, MD 20705


**U.S. Trustee via electronic notice**
**Trustee Miller via electronic notice**


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Tova Weiss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Tova Weiss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Blitshtein & Weiss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**648 2nd Street Pike**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Southampton, PA 18966**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**215-364-4900Fax:215-364-8050**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**weiss@lawyersbw.com**