# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shaun Shuford**                                            Case No.  **19-15551**
                            Debtor(s)                               Chapter   **13**

## WAIVER OF DEBTOR'S RIGHT TO OBJECT TO PROOF OF CLAIM

Tova Weiss, counsel to Debtor, Shaun Shuford, does hereby represent that Debtor waives his right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bank. P. 3002(c) provided that the proof of claim is filed on or before December 9, 2019, in accordance with the Extension Order signed by Judge Frank on October 15, 2019.

Debtor's instant case is to provide payment of mortgage arrears through his Chapter 13 plan, there is no non-exempt equity or disposable income to pay unsecured creditors.

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date: 11/04/2019