United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shaun Shuford  
     Debtor

Case No. 19-15551-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Nov 05, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.  
db            +Shaun Shuford,   8529 Castor Avenue,    Philadelphia, PA 19152-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:  
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
      TOVA  WEISS    on behalf of Debtor Shaun  Shuford weiss@lawyersbw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
      TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    SHAUN SHUFORD,    :    Chapter 13
:
Debtor    :    Bky. No.  19-15551 ELF

# O R D E R   T O   S H O W   C A U S E

**AND NOW,** the Debtor's having filed a Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs in this chapter 13 bankruptcy case;

**AND**, the court having entered an Order ("the Extension Order") **GRANTING** the Motion **CONDITIONED** on the following:  the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed  **on or before December 9, 2019**;

**AND**, further, the court having ordered the Debtor to serve a copy of the Extension Order on all creditors and parties in interest **within three (3) business days of the docketing and service of the notice of the meeting of creditors** ("the §341 Notice") and ***to promptly thereafter file a Certification of Service***;

**AND**, the §341 Notice having been served on creditors on **October 24, 2019**;

**AND**,the Debtor having failed to file a Certification of Service as required by the Extension Order.  it therefore being unknown whether Debtor served the Extension Order on all creditors and parties in interest,;

It is therefore **ORDERED** that a hearing is **SCHEDULED** on **November 19, 2019**, at **1:00 p.m.**, **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** , at which time the Debtor may **SHOW CAUSE** why this case should not be **DISMISSED** for cause pursuant to 11 U.S.C. §1307(c).

Date:  November 4, 2019

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**