**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shaun** | | **Shuford** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number  **19-15551**                                Chapter  **13**
(if known)