# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re  **Shaun Shuford** | Case No.  **19-15551** |
| Debtor(s) | Chapter  **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, a copy of the Notice of Re-Scheduled Creditors' Meeting was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage LLC via first class mail**
P.O. Box 619096
Dallas, TX 75261 (address on POC)

**Direct TV, LLC via first class mail**
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118 (address on POC)

**Bank of America via first class mail**
P.O Box 982284
El Paso, TX 79998 (address on POC)

**Commonwealth Fin via first class mail**
245 Main Street
Scranton, PA 18519

**Convergent via first class mail**
P.O. box 9004
Renton, WA 98057

**Credence RM via first class mail**
P.O. Box 2300
Southgate, MI 48195

**FCO via first class mail**
12304 Baltimore Avenue
Suite E
Beltsville, MD 20705


**U.S. Trustee via electronic notice**
**Trustee Miller via electronic notice**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**