# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Shaun Shuford** | Case No. | **19-15551** |
| | Debtor(s) | Chapter | **13** |

## NOTICE OF RE-SCHEDULED CREDITORS' MEETING

To all Creditors and Parties in Interest:

The Creditors' Meeting for the above captioned case has been re-scheduled for the following date, time and location:

Date:        January 13, 2020
Time:        11:00am
Location:    Septa Building
             1234 Market Street
             18th Floor, room 341
             Philadelphia, PA 19107

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date: 12/12/2019