# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Shaun Shuford**                                                                 Case No. **19-15551**
                                        Debtor(s)                                        Chapter **13**

### DEBTOR, SHAUN SHUFORD'S RESPONSE AND OPPOSITION TO
### MOTION FOR RELIEF FILED BY NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER

Debtor, Shaun Shuford, by and through his counsel, Tova Weiss, does hereby respond to and oppose the Motion for Relief filed by Nationstar Mortgage, LLC D/B/A Mr. Cooper and states as follows:

1.-5.   Admitted.

6.-7.   Admitted in part, Denied in part. It is admitted that Debtor owed post-petition paymetns, Debtor intends on making the post-petition payments through either a Stipulation or Loan Modification approval.

8.-9.   Denied. Debtor is not certain as to the exact amounts he owes in post-petition payments or in plan payments.

10.-11. Denied. It is denied that Movant is entitled to relief for cause.

WHEREFORE, Debtor respectfully requests that this Honorable Court Deny the Motion for Relief filed by Nationstar Mortgage, LLC D/B/A Mr. Cooper.

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date: 1/2/2020