# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shaun Shuford**                                                                      Case No.  **19-15551**

Debtor(s)                                                                                           Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January  2, 2020**, a copy of **Debtor's response to Motion for Relief** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage LLC**
**c/o KML Law Group, P.C.**
**Rebecca A. Solarz, Esquire**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**via first class mail; postage prepaid**

**Trustee William Miller**
**via electronic notice**

**U.S. Trustee**
**via electronic notice**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**