# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Shaun Shuford** | Case No. | **19-15551** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **January  2, 2020**, a copy of **Debtor's response to Motion for Relief** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage LLC**
**c/o KML Law Group, P.C.**
**Rebecca A. Solarz, Esquire**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**via first class mail; postage prepaid**

**Trustee William Miller**
**via electronic notice**

**U.S. Trustee**
**via electronic notice**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Shaun Shuford** | Case No. | **19-15551** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 27, 2020**, a copy of **Debtor's Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America**
**P.O. box 982284**
**ElPaso, TX 79998-2238 (Per POC)**

**Directv, LLC**
**by American InfoSource as agent**
**4515N Santa Fe Ave**
**Oklahoma City, OK 73118 (Per OIC)**

**Nationstar Mortgage LLC d/b/a**
**Mr. Cooper**
**P.O. Box 619096**
**Dallas, TX 75261 (Per POC)**

**Nationstar Mortgage LLC**
**c/o KML Law Group, P.C.**
**Rebecca A. Solarz, Esquire**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**via first class mail; postage prepaid**

**Water Revenue Bureau**
**Pamela Eichert Thurmond**
**Tan & Revenue**
**1401 John F. kennedy Blvd. 5th Floor**
**Philadelphia, PA 19102 (Per POC)**

**City of Philadelphia Law Department**
**Tax 7 Revenue Unit**
**Bankruptcy Gourp, MSB**
**1402 JFK Boulevard, 5th Floor**
**Philadelphia, PA 19102 (Per POC)**

**Trustee William Miller**
**via electronic notice**

**U.S. Trustee**
**via electronic notice**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**