# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shaun Shuford**                                                                 Case No.  **19-15551**

                              Debtor(s)                                                    Chapter  **13**

## ORDER

**AND NOW,** upon consideration of the Application of Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S. C. §507, 11 U.S.C. §503(b) and 11 U.S. C. §330 (a)(4)(B), the allowed compensation set forth in ¶2 less $1,699.00, which was paid by the Debtor(s) prepetition leaving a balance of $2,301.00 to be paid to Tova Weis, Esquire, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date**: _____                                    _____

                                                                                    **Eric L. Frank**
                                                                                    **U.S. Bankruptcy Judge**