# United States Bankruptcy Court

### Eastern District of Pennsylvania

In re:   **Shaun Shuford**                                    Case No.:   **19-15551**

                                                              Chapter:    **13**

         Debtor

         **8529 Castor Avenue**
Address: **Philadelphia, PA 19152**

Employer's Tax Identification (EIN) No(s).:

Last four digits of Social Security No(s). :   **xxx-xx-9271**

## NOTICE OF FILING OF APPLICATION
## FOR APPROVAL OF COUNSEL FEES

PLEASE TAKE NOTICE that the attorney for the debtor, Tova Weiss, Esquire, has filed an application with the Court for approval of payment of counsel fees in the amount of $4,000.00 total fee, for work performed in legal representation of the debtor in all matters related to the filing of said Chapter 13 Petition.

Counsel, requests an award of $4,000.00 less the amount of $1,699.00 which has already been paid leaving the amount of $2,301.00 due and owing to debtor's counsel for legal representation.

Any person who objects to the approval of said fee, must, within 15 days of the date of this notice, file an Objection with the Clerk of the Bankruptcy Court, 900 Market Street, STE 400, Philadelphia, PA 19107, and serve a copy of same upon counsel for the debtor, Tova Weiss, Esquire, 648 2nd Street Pike, Southampton, PA 18966, Phone (215) 364-4900.  In the event of no objection is filed, the Court may approve the Application.

/s/ Tova Weiss

Tova Weiss, Esquire

Blitshtein & Weiss, P.C.

Attorney for debtor(s)