# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Shaun Shuford**  
Debtor(s)

Case No. **19-15551**  
Chapter **13**

**CERTIFICATE OF NO RESPONSE**

Tova Weiss, counsel for debtor, does hereby Certify that No Response of Objection has been filed or received by her regarding the Application for Compensation filed on April 28, 2020.

Dated: May 14, 2020

/s/Tova Weiss  
Tova Weiss, Esquire  
Attorney I.D. 74015  
Blitshtein & Weiss, P.C.  
648 2nd Street Pike  
Southampton, PA 18966  
215-364-4900  
Attorney for Debtor(s)